UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RILIND DUKA, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

ALLIANCE TRI-STATE CONSTRUCTION, INC., et al.,

                Defendants.

1:20-cv-06648 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On September 26, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 48. The deadline for that filing has now passed and the parties failed to file any letter. On September 16, 2022, the Court previously ordered the parties to file a joint letter regarding mediation by October 17, 2022. The parties failed to file that letter. Accordingly, the parties shall, **no later than October 24, 2022**, file a joint letter addressing mediation and all information requested in the September 26, 2022 Order.

Dated:  October 18, 2022
         New York, New York

                                    SO ORDERED.

                                    JENNIFER L. ROCHON
                                    United States District Judge