UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RILIND DUKA, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

ALLIANCE TRI-STATE CONSTRUCTION, INC., et al.,

                Defendants.

1:20-cv-06648 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 18, 2022, the parties filed a status letter stating that they have scheduled a private mediation session for December 5, 2022 and are continuing to complete the limited discovery that remains outstanding. ECF No. 50. Discovery in this case closed on September 16, 2022. ECF No. 43. Moreover, the parties failed to file a joint letter addressing the information requested by the Court on September 26, 2022 and requested by the Court again on October 18, 2022. ECF Nos. 48-49. Compliance with Court orders and deadlines is expected.

It is hereby ORDERED that the parties shall file a joint letter no later than **December 8, 2022** informing the Court on the status of their mediation and next steps in this action. If the parties have not reached a resolution of this action by that time, they shall provide three mutually agreeable dates in their joint letter for the Court to hold a post-discovery conference and shall provide all the information requested by the Court's September 26, 2022 Order. If the parties intend to file summary judgment motions, this conference shall serve as a pre-motion conference and any premotion letters contemplated by the Court's Individual Rule 3.I.i. shall be due three weeks before the post-discovery conference.

Dated: October 28, 2022
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge