UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RILIND DUKA, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>ALLIANCE TRI-STATE CONSTRUCTION, INC., et al.,<br><br>       Defendants. | 1:20-cv-06648 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  WHEREAS the parties report that all discovery is complete in this case as of March 3, 2023.  *See* ECF No. 63.

  IT IS HEREBY ORDERED that:

- By **March 13, 2023**, the parties shall meet and confer for one hour regarding settlement and file a joint letter stating whether the parties believe it would be useful for the Court to issue a re-referral to the court-annexed mediation program or a referral to the designated Magistrate Judge for a settlement conference.

- By **April 10, 2023**, the parties shall submit any motions *in limine*.  Oppositions to any motions *in limine* shall be submitted by **April 17, 2023**.  Any replies shall be submitted by **April 21, 2023**.

- By **April 10, 2023**, the parties shall submit all required pretrial filings, including their proposed joint pretrial order, requests to charge, verdict form, *voir dire* questions, documentary exhibits and demonstratives, and all other required submissions in accordance with Rule 5 of the Court's Individual Rules of Practice in Civil Cases.

- Counsel for all parties shall appear for a final pretrial conference on **July 31, 2023 at 10 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- Trial shall begin on **August 7, 2023 at 9 a.m.** in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

- The parties shall be ready for trial as of **two weeks** following the deadline for the proposed joint pretrial order, even if trial is tentatively scheduled for a later date. The Court may reschedule trial for an earlier date as its availability permits.

Dated: March 6, 2023
       New York, New York

                                                 SO ORDERED.

                                                 *Jennifer Rochon*
                                                 JENNIFER L. ROCHON
                                                 United States District Judge