**BROWN**

**KWON &**

**LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Writer's Direct: William Brown, Esq.
        wbrown@bkllawyers.com

March 11, 2023

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:     *Duka v. Alliance Tri-State Construction, Inc., et al.*
        Case No. 20-cv-6648 (JLR)

Dear Judge Rochon:

        This firm represents Plaintiff in the above referenced matter.  By Order dated March 6, 2023, the Court directed the parties to meet and confer for one hour to determine whether the parties believe it to be useful for the Court to issue a re-referral to the S.D.N.Y. mediation program, and to submit a joint letter by March 13, 2023.  I write to respectfully request the deadline to engage in this meet and confer and submit the joint letter be extended to March 17, 2023.  The reason for this request is because I have been travelling out of the country this past week, and will be returning the evening of March 13, 2023.  I have conferred with counsel for Defendants, and they have consented to this request.

                        Respectfully submitted,

                        */s/ William Brown*
                        William Brown, Esq.

cc:     all parties via ECF

Request **GRANTED**.  The deadline for the parties to meet and confer and submit a joint letter is extended to **March 17, 2023**.

Dated:  March 13, 2023
        New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**