**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

Request **GRANTED**. The deadline for motions *in limine* and pretrial filings is extended to **April 17, 2023**. Oppositions to motions *in limine* are due by **April 24, 2023** and relies are due by **May 1, 2023**.

Dated: April 5, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Writer's Direct: William Brown, Esq.
wbrown@bkllawyers.com

April 5, 2023

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

 RE: *Duka v. Alliance Tri-State Construction, Inc., et al.*
  Case No. 20-cv-6648 (JLR)

Dear Judge Rochon:

 This firm represents Plaintiff in the above referenced matter. I write jointly with counsel for Defendants to request a brief extension of the deadlines set forth in the Court's Order dated March 6, 2023 (ECF Doc. No. 64). Pursuant to that Order, motions in limine, as well as all pre-trial filings are to be submitted by April 10, 2023. Oppositions to motions in limine are due April 17, 2023 and replies are due April 21, 2023.

 The parties respectfully request that the above schedule be modified as follows:

| | |
|---|---|
| Motions in Limine and Pre-trial Filings: | April 17, 2023 |
| Opposition to Motions in Limine: | April 24, 2023 |
| Replies: | May 1, 2023 |

 The parties have been diligently working towards completing the documents, namely Plaintiff has sent to counsel for Defendants a draft pre-trial order, and expects to send joint proposed voir dire questions and jury instructions before the end of the week. However, the reason for this request is because counsel for both parties have had multiple depositions and mediations over the past two weeks and continuing through this week which have complicated the parties' efforts to timely submit all required documents. The religious holidays this week and this weekend further compounds the situation. This is the parties' first request for an extension, and it should not affect any of the other deadlines set forth in the March 6, 2023 Order.

 Respectfully submitted,

 */s/ William Brown*
 William Brown, Esq.

cc: all parties via ECF